UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ST. JOHN ERHARD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED PARCEL SERVICE, INC.,<br><br>　　　　　Defendant. | No.  2:16-cv-0735 MCE CKD<br><br><br>ORDER |

　　　　Plaintiff's motion to quash came on regularly for hearing on September 21, 2016.  Renee Parras appeared for plaintiff.  Susan Joo appeared for defendant.  Upon review of the documents in support and opposition, upon hearing the arguments of counsel, and good cause appearing therefor, THE COURT FINDS AND ORDERS AS FOLLOWS:

　　　　The records defendant seeks by way of subpoena are relevant to the issues raised in this action and do not unduly invade plaintiff's privacy.  According, plaintiff's motion to quash (ECF No. 13) is denied.  Documents produced pursuant to the subpoena shall be subject to the protective order (ECF No. 9).

Dated:  September 22, 2016

_/s/ Carolyn K. Delaney_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 stjohn735.oah

1