# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| ST. JOHN ERHARD,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED PARCEL SERVICE, INC., an Ohio corporation; UPS GROUND FREIGHT, INC., a Virginia corporation; and DOES 1-25, inclusive,<br><br>    Defendants. | Case No. 2:16-CV-00735-MCE-CKD<br><br>**ORDER TO DISMISS ENTIRE ACTION** |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is hereby dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated: March 17, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE